1  Tanya E. Moore, Esq., SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Ronald Moore
6

7

8
   **UNITED STATES DISTRICT COURT**
9
   **EASTERN DISTRICT OF CALIFORNIA**
10

11 RONALD MOORE,                       )   No.  1:10-CV-00286-OWW-SKO
                                       )
12            Plaintiff,               )   **STIPULATION FOR DISMISSAL OF**
                                       )   **ACTION; ORDER**
13     vs.                             )
                                       )
14 OFFICE DEPOT, INC., et al.          )
                                       )
15            Defendants.              )
                                       )
16                                     )
                                       )
17 _____    )

18     IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant

19 Office Depot, Inc., the parties who have appeared in this action, by and through their respective

20 counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action be

21 dismissed with prejudice in its entirety.

22

23 Date: January 27, 2011                        MOORE LAW FIRM, P.C.

24

25
                                                /s/Tanya E. Moore
26                                              Tanya E. Moore
                                                Attorney for Plaintiff
27

28

*Moore v. Office Depot, et al.*
Stipulation for Dismissal

Page 1

1  Date: January 27, 2011                                WESTON HERZOG LLP

                                                         /s/ Jonathon J. Herzog
                                                         Jonathon J. Herzog, Attorneys for
                                                         Defendant Office Depot, Inc.


**ORDER**


The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.


IT IS SO ORDERED.

Dated:   **January 27, 2011**                      **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE


*Moore v. Office Depot, et al.*
Stipulation for Dismissal